# EXHIBIT 2

**Excerpted Transcript of January 21, 2019 Video**

Closed caption transcript (excerpt) of Video appearing at:
https://www.youtube.com/watch?v=ANfe9d7YzL0
Last accessed: March 20, 2019:

00:00
over 20 years ago Alex Jones created the
00:03
media platform called Infowars
00:05
and in the decade since it's grown into
00:07
a truly remarkable institution with over
00:10
200 radio affiliates tens of millions of
00:13
unique website visitors monthly and a
00:15
24/7 live news TV channel broadcasting
00:18
from state-of-the-art studios in Austin
00:20
Texas Infowars has become the most
00:22
trusted independent news source in the
00:24
country dedicated to delivering breaking
00:26
news live coverage of special events and
00:29
exclusive reports you won't find
00:31
anywhere else while the old guard media
00:34
struggles to maintain supremacy in a
00:36
landscape brought by innovation and
00:38
technology Infowars has been at the
00:40
forefront of the information revolution
00:42
from 8 million radio listeners over 2
00:46
million YouTube subscribers or the
00:48
billions of views of our online content

00:50
Infowars proves dominant in every facet
00:53
of media we entered
00:55
for the hardest-hitting reports
00:57
uncompromising Alice's for high-profile
01:00
interviews and bombshell revelations
01:02
accept no substitutes
01:07
demand Infowars Infowars tomorrow's news
01:12
today ladies and gentlemen the bullet
01:15
just hit the bone as we entered the
01:18
twilight zone there's the headline
01:20
Beijing confirms birth of Jean edited
01:23
babies not really humans ladies and
01:27
gentlemen but by the true definition
01:29
humanoids China confirms the birth of
01:32
Jena it had babies and vows to punish
01:34
scientists he John Koo who violated
01:39
rules to carry out the unethical study
01:40
for personal Fame oh that's why he's in
01:43
trouble
01:43
ladies and gentlemen this has been going
01:45
on a long time there have been human
01:47
clones in petri dishes for 40 years
01:53
that's just boilerplate one of the

01:57
things we have here you know sometimes
01:59
something happens in the corporate fake
02:02
news world in these formulaic deceptions
02:08
they involve themselves that goes
02:09
completely mega viral and that happens
02:17
in the last two days we were there the
02:19
women's March our crew covering it's
02:21
Saturday and Rob do Saturday afternoon
02:25
sent me footage and said look at this
02:27
they're claiming that these students are
02:28
asked and and encircled some for Native
02:31
American people and we went and found
02:37
the raw footage and they're calling them
02:40
white scum I mean I've got the list here
02:44
some of the black kids that were there
02:46
with them from the school they were
02:47
calling them traitors and saying we're
02:49
gonna harvest your organs they were
02:51
calling them fags and queers and gay and
02:57
the N words being yelled as well and
03:00
people are calling now for the students
03:01
to be killed their school to be burned
03:03
down than to be shot

03:04
Twitter's leaving it up and agrees with
03:06
it and then NPR had Nathan Phillips on
03:13
this morning nobody's picked this up we
03:16
had to go find it on NPR in a snake-like
03:19
voice with a snake
03:20
presenter going this young man needs to
03:25
apologize fully did to us we've got to
03:29
put this this this audio to all the raw
03:31
video I was so powerful it's a terrible
03:34
what they did that based on a lot of
03:36
what has happened in our country
03:37
recently you you were under the
03:40
impression or making an assumption that
03:42
that a large group of young white men
03:45
might threaten a minority who you saw
03:48
and you saw this group of black Israel
03:50
Hebrew Israelites is potentially in
03:53
danger by this this large group of white
03:55
men based on what you had seen in the
03:57
news in our country in recent months and
03:59
years yes thank you for that clarity
04:02
because that's let's stop right there
04:05
the snake people they could be Native

04:08
America that could be white there could
04:09
be black all talk in this very soft
04:13
deceptive voice you know the spider by
04:17
the voice now the truth is you've got
04:20
this particular group of quote black
04:21
Israelites who are a diverse group a lot
04:23
of those folks are my listeners I run
04:25
into a bitch around Houston and in
04:26
Dallas in LA there's a lot of them and
04:28
they seem to be pretty woke a lot of the
04:30
time but this particular group is mixed
04:34
in with a bunch of other white people
04:37
Native Americans who start virtue
04:39
signaling how much they hate being white
04:42
and so you've got blacks you've got
04:44
whites you've got Native Americans
04:46
screaming and we're gonna play this
04:49
audio it's it's all garbled but people
04:51
have isolated it and the young people
04:52
have talked about it in their faces
04:54
while there's beating drums they march
04:56
up March of the middle of them waiting
04:57
for their bus that he said they're

04:58
pro-life March and they're screaming
05:01
we're gonna kill you you faggots we're
05:05
gonna kill you and take your organs
05:06
they're like let's go let's go let's get
05:08
on they're like yeah it's on bitches and
05:10
they march over to the middle and some
05:13
of these kids are as young as 10 they
05:14
just sit there and do their school chant
05:17
so they were scared with a bunch of men
05:20
coming up threatened to kill him and
05:22
then NPR says they're bad kids ladies
05:26
and gentlemen there are moments when you
05:30
know the world's gonna change
05:31
like Martin Luther King speech I have a
05:33
dream
05:34
there are positive moments there also
05:35
negative moments and I can tell you the
05:38
zeitgeist that's been hit with the
05:41
mainstream corporate media from ABC to
05:43
CBS to NBC to NPR to all the local TV
05:47
stations where I live all saying did you
05:50
see the young gang of light supremest
05:53
wearing make make America great again it

05:56
hats go up to an innocent elder this
05:59
wonderful good loving man and ridicule
06:05
and attack him viciously notice that on
06:11
all these different channels in places
06:13
they don't show more than one or two
06:14
seconds of video or audio that's because
06:18
you've got this group of Native
06:19
Americans blacks and whites saying look
06:26
at them they're over there let's go get
06:29
them they're a bunch of fags let's kill
06:32
them and take their organs you white
06:34
pieces of crap you white people need to
06:37
die they hear hundreds of people yelling
06:40
this at them they're waiting for their
06:42
bus you can watch the raw video it's up
06:45
on info wars.com or the placement of it
06:46
here and this is your the whole woman's
06:49
March they were just there for a right
06:51
to life pro-life March that these
06:53
minorities should be thanking God that
06:55
there are mainly white pro-lifers out
06:58
trying to stop the abortion as most
07:00
abortion is quote minorities but they

07:01
don't care out the real trying to fight
07:03
genocide will threat to them they see a
07:07
Catholic school group only a couple
07:10
black guys couple Hispanics maybe 3040
07:13
other white kids over there and that
07:16
first cuz there's like six minutes of
07:18
video there's a bunch of Channing and
07:20
beating and then they keep saying look
07:22
they're wearing red hats so they start
07:24
yelling at them and screaming and then
07:25
they march over and bust it in the
07:29
middle of them and do all these terrible
07:32
things to them and then the media says
07:35
they're Nazis and so then Twitter and
07:38
I've got articles up on him fours come
07:39
all the tweets hundreds of tweets from
07:41
Kathy Griffin and
07:43
quote rock-and-roll stars and people say
07:45
I want you to go to their school and I
07:47
want you to shoot every one of them if
07:50
you're a true fan of shoes I want you to
07:52
fire on any of these red hat bitches
07:54
when you see them on sight

07:56
lock the kids in the school and burn
07:58
that bitch to the ground so there's
08:02
somebody saying he's a school shooter
08:03
and he wants others adjoining he will
08:05
not be arrested he will be worshipped
08:08
Twitter is leaving him up and says it's
08:10
authorized and it goes on from there
08:12
with Kathy Griffin saying find them get
08:14
them their families are being death
08:15
threaded in mass and Twitter is still
08:17
not apologizing I went to these
08:19
different sites today this shoes guy
08:21
that you know looks like a child
08:23
molester I don't know he is probably not
08:25
probably under 'fl persons he sees wants
08:27
to kill kids he just wants to burn him
08:28
down and murder him he doesn't want to
08:29
molest him so I guess he's worse than
08:31
that and so here he is saying all this
08:34
and I went to his Twitter he's still
08:35
defending it Kathy Griffin says
08:39
dachshund I want names shame them don't
08:42
worry they did I want names a lot of

08:47
them were just wearing red team hats
08:48
human wearing megawhatts others are
08:50
wearing blue hats but there were a few
08:52
Trump hats in there and so when the mob
08:54
of anti white anti-trump races walk the
08:57
forty yards over they suddenly learn oh
08:59
my god these are all team hats their
09:03
school colors are red white and blue oh
09:05
my god there's only a few of them with
09:07
mega hats so then they go get nervous
09:09
and start screaming we're going to kill
09:11
you just all being screamed and yelled
09:15
and so stoic Lee they sit there and they
09:18
take it and they simply chant their
09:24
school songs their pep rally songs and
09:30
the little black kids that are where the
09:32
part of the school are big scream we're
09:34
gonna take your organs we're gonna kill
09:35
you boy
09:36
and then this guy has the nerve Nathan
09:40
Phillips who led the the race's gang
09:42
over towards what he thought was a group
09:44
of Trump supporters only he goes on NPR

09:47
and they snake like worship Him and he
09:51
says these kids ought to be ashamed of
09:53
themselves they're such bad
09:55
why were they there I felt like the
09:57
black men oh yes the hundreds of black
10:00
men of the black Israelite movement that
10:03
says that they're the master race and
10:05
all the rest of this stuff and fine you
10:07
said if you want that's your right this
10:09
poor group that says there's a master
10:10
race we're just over here as portable
10:12
Native Americans never hurt anybody
10:14
we're so sweet Ling Ling Li we're so
10:16
nice to each other on our own
10:17
reservations HEIs crime rate murder rate
10:19
the drug rate alcoholism rate I'm very
10:21
sad for them but Oh were these perfect
10:23
good people with with it some white
10:26
trash with us virtually singling saying
10:28
you know kill these white boys and they
10:32
get over there and there's some black
10:33
kids from school they're like hugging
10:35
their buddies cuz they're like ten years

10:36
old like you know these are they're
10:38
loving school family and then they've
10:40
just got a racist mob telling him
10:42
they're gonna die but don't worry
10:44
NPR doesn't play any audio or anything
10:47
NPR did to play them saying we're gonna
10:49
kill you white scum we're gonna play the
10:51
audio coming up you can hear it the mail
10:53
a confirming what the student said no
10:54
they play the snake like the presenter
10:57
and the snake like you know evil wizard
11:01
like little conman coming over and
11:04
bullying children you know I've got some
11:09
Native American roots and I'm not
11:10
ashamed of them but let me tell you
11:12
you've been around the reservations
11:13
you've been around Native Americans some
11:15
days I wonder if I'm proud of it I'll
11:17
just be point-blank with you because
11:19
there's just it's in this modern world
11:20
Native Americans in my experience are a
11:23
bunch of violent liars and con men on
11:26
average who think everybody owes them

11:29
something and they go around bullying
11:30
and hurting whoever they want and I'm
11:32
sick of it I'm sick of Nazis I'm sick of
11:35
black supremacist I'm sick of Native
11:37
American supremacist that feed on their
11:40
own tribes and their own people in my
11:41
experiences you'll know why the Native
11:44
Americans lost because their elders sold
11:46
them out you want to know why because
11:49
their culture was inferior to the
11:51
Renaissance of Christianity
11:52
that's why and instead of embracing this
11:55
culture they sit there and buy into the
11:57
whole me tube movement and piss all over
11:59
themselves and I want a good Native
12:01
Americans as well and they reject all
12:03
this crap excuse me I get a little angry
12:06
looking at this guy who's gone on CNN
12:08
everywhere
12:09
and what a big victim he is when there's
12:11
he's with a group screaming we're gonna
12:13
kill you
12:16
bullying people and then that's what

12:19
this turns into
12:23
no they marched over there to start a
12:25
fight he marched over there to take a
12:28
scalp that's what he did you know why
12:32
the Westerners didn't didn't like lot of
12:34
they have Americans because they kill
12:35
women and children and they rape them
12:41
fountains of goodness falcons of love
12:45
fountains of perfectness it's disgusting
12:53
now let's go ahead and go to the snake
12:55
like NPR you listen to this for yourself
12:57
here it is are you saying that that
13:00
based on a lot of what has happened in
13:02
our country recently you you were under
13:06
the impression or making an assumption
13:07
that that a large group of young white
13:09
men might threaten a minority who you
13:13
saw and you saw this group of black
13:15
Israel Hebrew Israelites is potentially
13:18
in danger by this this large group of
13:20
white men based on what you had seen in
13:22
the news in our country and in recent
13:23
months and years yes thank you for that

13:27
clarity cuz that's that's what it was in
13:30
my mind and in my heart because when I
13:34
seen those those young men I was seeing
13:37
their faces and the thing is is that
13:41
those young man could have chose to not
13:45
feed into those guys those Israelite
13:49
fellers they could have chose the the
13:52
students teachers the students
13:54
chaperones could have instructed those
13:57
students to exit that area that this
14:01
wasn't something that they needed to
14:04
bring their high schools into and being
14:06
involved in can I can I ask a question
14:08
there's so much I'm so good and I'm over
14:13
here with a group of black Israelites
14:15
full grown adults and 40 50 yards away
14:18
there's a bunch of kids wearing a red
14:21
white and blue because that's their
14:22
school colors and they're at a prayer
14:23
March for babies a pro-life March and I
14:26
might tell her just to let them know
14:28
that I wasn't gonna put up with it cuz I
14:30
needed to protect I needed to protect

14:33
the black people that said there's a
14:35
master race
14:36
I need to do that right away and then
14:39
the NPR person so empathetic it's so
14:42
real oh can I hold on can I say
14:45
something to you now now we come back
14:47
we're a play the raw footage yeah then
14:48
we're gonna play footage the raw footage
14:50
where I add women come up a few months
14:52
ago in DC saying you're you're white in
14:55
bread worm your mother's married to your
14:57
brother you're a monkey and then the
15:00
media said the opposite this story is so
15:02
huge radio listeners have to go to info
15:05
wars.com and news Wars calm and see the
15:07
raw videos for yourself / TV bureau is
15:09
about to roll some of them because it
15:11
shows the anatomy and how they engage in
15:13
the fraud the the group that broke it
15:16
works with Facebook and they did the
15:19
exact same fraud on me with another
15:21
group of quote Native American people
15:23
where these women walk up blow cigarette

15:25
smoke in my face call me a monkey say my
15:29
mother's married to her brother and that
15:31
those are my parents and that we're
15:34
gonna die out and f you and all this
15:37
other crazy crap and I say my goodness
15:40
you're Brown KKK how racist of you they
15:43
edit out all of the stuff they said them
15:45
coming over and confronting me and then
15:48
say Jones viciously gets in the face and
15:51
accost Native American women by calling
15:55
them Brown KKK it's called now this and
15:57
I am letting not now this note there at
16:00
the top of the list to be sued for
16:01
defamation we are going to be filing
16:03
suits there's so much defamation we've
16:05
got to teach people though that we're
16:06
going to do it you accuse me of
16:09
harassing Sandy Hook families to send
16:10
people their houses I never did it but
16:12
then meanwhile they have all these
16:14
programs where they go and harass kids
16:16
and other things in public and harass
16:18
Trump supporters and then edit the

16:21
videos and say that we harassed you
16:23
you've got Kathy Griffin and all these
16:26
other people saying go to their houses
16:27
attack them
16:28
you've got people saying kill them blow
16:31
up their schools shoot them burn their
16:32
school up it's all over the place and
16:34
the media a day and a half two days
16:37
after this all got exposed as a hoax
16:40
they're still defending it everywhere
16:44
there's a powerful meme that's post so
16:46
infowars.com
16:47
in the live feed section you'll never
16:49
guess which behavior the me
16:50
deemed inappropriate for society that's
16:53
right the gay mag is a naked man posing
16:56
with a eight-year-old boy in a
17:00
pedophilic stance but they said it's
17:02
improper for a stoic young man to sit
17:05
there with a friendly smile on his face
17:07
while people are screaming around him
17:09
we're gonna harvest your organs we're
17:10
gonna kill you everything else now let's

17:14
go ahead and roll some video that has
17:17
had analysis added to it and we have the
17:21
raw video posted info wars.com The Daily
17:24
Caller put this together here it is this
17:25
is the raw footage of the group of
17:28
women's March leftist bottom feeders
17:33
types screaming all these horrible
17:35
things grown men like it's a motorcycle
17:38
gang hell's angles versus the Bandidos
17:41
marching over to a group of school kids
17:44
some as young we are now learning as
17:46
seven so here's a group of men coming
17:49
over and telling as young as seven year
17:50
olds we're going to kill you and take
17:53
your organs and then this is turned into
17:55
their portable victim service
17:57
[Music]
17:58
[Applause]
18:02
the Native American elder approaches the
18:05
Covington Catholic students marches over
18:09
40 yards
18:14
it goes on that Covington Catholic
18:16
students waiting for the book school bus

18:18
Native American elder approaching he can
18:24
trigger an event and lead the group that
18:27
then comes in behind it they come in
18:47
there beating drums and so the kids are
18:51
doing their own chant but the media only
18:53
chose to show this later part it looks
18:55
like they've surrounded it that goes on
19:00
for a minute after minute listen listen
19:02
carefully you hear we're gonna kill you
19:03
we're gonna take your organs someone
19:08
gets in your face and beats the drum in
19:10
it you're the bad person
19:11
we're then subjected to racial slurs
19:14
back it up this is 1 this is 1 all the
19:17
threatening starts 10 seconds go back to
19:21
Europe this isn't your land and now
19:22
we're gonna cut your organs out we're
19:25
gonna kill you and and this is corporate
19:27
media this is anti-american media enemy
19:30
of the people
19:30
the very same group edited this and put
19:33
this out there the raw footage and info
19:35
wars.com

19:35
versus theirs saying this about me
19:39
blowing cigarette smoke in my face
19:42
saying you're gonna die out white monkey
19:45
saying that my mother and my father were
19:47
brother and sister telling me to eff off
19:49
that turns into them Shing I'm a sweet
19:54
little person I'm just a veteran and I
19:55
kept wondering why she would say
19:58
horrible things and then go back to I'm
19:59
just a sweet little veteran a few I hope
20:01
you die it's because it turns out we
20:04
have evidence well we saw soros groups
20:05
paying some of the groups that they're
20:07
testifying off that these women were set
20:09
up to be sinning against me see they're
20:12
rigging this crap folks but the good
20:14
news is people are exposing it I don't
20:17
know this was rigged but the same group
20:19
that gets tens of millions of views that
20:21
Facebook pushes did this to me a few
20:24
months ago at the congressional hearings
20:28
unbelievable oh and it turns out this is
20:30
for 2015 same same amount of American

20:33
how much does a job professional liar
20:36
pay into 2019 or is professional victim
20:39
a more appropriate title and turns out
20:41
he's been a victim before I didn't even
20:43
know this I just said it and they found
20:45
it unbelievable from Fox to get me that
20:48
report turns out this guy's the
20:50
professional victim there's reports
20:51
about it years ago holy mackerel
20:56
but here's the good news here's the good
20:59
news people see through this crap now
21:03
they know what to look for and there's
21:04
cameras everywhere it's backfiring on
21:06
Big Brother show they wanted to try to
21:08
get these lists some of these kids are
21:10
age 7 I just can't believe that this
21:15
didn't blow up with there were teachers
21:17
and people there but they I don't hid
21:18
behind everything man I got to tell you
21:21
this is unbelievable please go back to
21:22
the raw footage
21:26
[Music]
21:59
daddy kisses drank you're gonna see your

22:03
president kiss Rudy Guiliani dress to
22:06
the folks it just goes on yeah we're
22:22
gonna organ harvest you we're gonna kill
22:25
you you're a bunch of fags and the media
22:29
all know this and dollars to doughnuts
22:33
that guy this Native American guy got
22:37
flown in there
22:38
in fact there's reports that he's a
22:40
professional victim and it's soros
22:42
funded as usual I mean we know most of
22:44
it is anyways the dam marches but this
22:48
is how their provocateur this is what
22:49
they do and if you go back to em PR when
22:53
we come back we're to play some more of
22:54
this clip there they are with CNN
22:56
everybody else still demonizing still
23:01
demonizing the children a bunch of men
23:05
with clubs oh I forgot they've got giant
23:07
Hickory stick clubs big men big beers
23:11
big clubs we're gonna take your organs
23:15
kids the presidents it's just it's it's
23:21
insane it's it's total evil the media is
23:24
pure evil you know those moments when

23:26
light bulbs go off in your head and then
23:27
more light bulbs go off because I
23:30
remember the first time I ran into
23:31
antifoam in Austin I don't know what
23:35
anti if it was and I was at a pro-gun
23:39
March and they would come up and bump me
23:41
in the back trying to get me to hit him
23:43
while they had cameras on me too then
23:45
me up and then I was at the DNC in
23:49
Denver when Obama was running for office
23:52
back in 2004
23:54
now that was Bush that was 2008 and
23:57
there was the same groups trying the
24:00
same stuff and they would come up and
24:02
say eff you and your family and your
24:04
mother and we're gonna do all the stuff
24:05
to you and then go hey Alex leave us
24:07
alone what's the problem and I wasn't
24:09
understanding they were trying to
24:10
Provocateur me I knew that but for an
24:12
edit to make it look like I was doing
24:15
something I hadn't so they've got
24:18
trained provocateurs so I was on air

24:19
earlier talking about how a quote group
24:21
of Native American women they didn't
24:24
look Native American to me they looked
24:26
Mesoamerican but the point is they came
24:29
up and
24:32
started cussing at me blowing smoke in
24:34
my face telling me you know get out of
24:36
here white man again your mother is
24:39
married to her brother you're a monkey I
24:43
played it before you'll find that son
24:46
infowars.com but but it goes to this and
24:48
then the same group broke it edited
24:53
showing something completely and totally
24:56
different now this so now this broke
25:00
this both times and I said I bet this
25:02
Native American dude is a provocateur
25:05
paid to be there because you know most
25:07
of the women they're protesting cabin
25:09
all the time I was there
25:10
we're paid to be there it got caught
25:12
being paid but now I realize they are
25:14
folks because the women would say f you
25:17
sell these horrible things and then lean

25:19
back and go I'm a veteran I'm a citizen
25:21
how dare you say mean things to me and I
25:23
was like that's weird you're saying the
25:24
mean stuff it's because they had a film
25:26
crew with them they just call their
25:29
people and hey we got Jones out here I
25:31
was out there like 30 minutes on the
25:32
street corner and they swagger up and
25:34
staged their event whole worlds of stage
25:39
well it turns out this individual Nathan
25:43
Phillips is a professional trouble maker
25:46
he claims racial harassment by emu
25:50
students dressed as Indians he was
25:52
walking around the campus and saw a
25:55
group Native American themed party and
25:57
went over and got in confrontation with
25:58
him and now he takes the fence and he's
26:02
a victim and oh they were trying to do
26:04
bad things
26:05
he said oh I felt like they were gonna
26:07
hit me same thing
26:08
he's on NPR I scared for us I mean
26:12
people with doing bad things I felt like

26:15
they were gonna attack us meanwhile it's
26:16
a bunch of students sitting there with
26:19
their red white and blue school outfits
26:21
on a few hours from Pat's it's a
26:23
pro-life March they're coming over
26:31
they're going to harvest your organ you
26:33
little black kids with them your dad
26:39
that's all the audio you know watch it
26:40
listen to it he's played some of it and
26:42
by the time the media gets done it's did
26:45
you see those criminals did you see
26:47
those vicious white supremacist Devils
26:49
me and me to that old elder and it turns
26:51
out he did the same thing to college
26:53
students a few years ago Fox to Detroit
26:58
so this is his this is his profession
27:01
and he's all upset by them and he felt
27:04
threatened by a by a Native American
27:06
themed party poor thing
27:10
that was 2015 so there you go folks
27:14
that's the stick that's the whole stage
27:19
stick that they are engaged in and they
27:22
think you're stupid they think you're

27:23
idiots
27:24
they think you're morons and you you
27:27
have NPR well there it is the power of
27:30
Nathan Phillips song oh he's been in
27:33
vogue last year oh oh he gets arrested
27:38
every town he goes to he says America's
27:42
bad and he makes the full living it
27:44
turns out she just a few minutes of
27:45
searching of this guy ish we learned the
27:49
whole thing's as phony as a plastic
27:51
banana or as a $3 bill there you go
27:57
we're just having the understanding here
27:59
on air researching together they're in
28:00
their search engine and we're learning
28:02
oh there he is on now this oh that poor
28:05
baby men with clubs saying we're gonna
28:08
kill you to a group of children as young
28:11
as seven and the means he'll and he he
28:15
went on NPR we planted earlier let's
28:16
start with the beginning he went on NPR
28:18
and they sounded like car from Jungle
28:20
Book that the presenter in him just and
28:23
faithfully ate him I'm glad you planted

28:26
out us threatening it was that a group
28:28
of pro lifers were waiting for a bus
28:31
now just let us change your gender and
28:34
take some Rosa this will be very easy
28:38
for you so let's go ahead and roll the
28:41
NPR car audio of this this professional
28:45
agitator search I bet money he's funded
28:48
by Soros foundation nobody wants to bet
28:51
me in their control room look at look at
28:53
who this guy's funded by typing his name
28:55
ins and then type in grants sponsorship
28:58
oh we're gonna find out real fast you're
29:01
like who marches and tries to lead a
29:03
crowd in to attack kids that's in the
29:08
ante for documents we've gotten they go
29:10
to black neighborhoods they have white
29:12
agitators mainly dressed up as an tyfa
29:14
and mass try to get them to start a race
29:16
war that's in the documents we got last
29:18
January so let's go back to the NPR
29:20
piece here it is are you saying that
29:23
that based on a lot of what has happened
29:24
in our country recently you you were

29:27
under the impression or making an
29:29
assumption that that a large group of
29:31
young white men might threaten a
29:34
minority who you saw and you saw this
29:37
group of black ISRU Hebrew Israelites is
29:39
potentially in danger by this this large
29:42
group of white men based on what you had
29:44
seen in the news in our country in the
29:46
in recent months and years yes thank you
29:49
for that clarity cuz that's that's what
29:52
it was in my mind and in my heart
29:55
because when I seen those those young
29:59
men I was seeing their faces and the
30:03
thing is is that those young men could
30:06
have chose to not feed into those guys
30:10
those Israelite fellers they could have
30:13
chose the the students teachers the
30:17
students chaperones could have
30:19
instructed those students to exit that
30:22
area that this wasn't something that
30:25
they needed ringed our high schools into
30:28
and being involved in can I can I ask a
30:31
question this way I'm how much of what

30:34
you were feeling was based on an
30:37
assumption that a large group of young
30:41
white men were out numbering a
30:45
small group of of black protesters and
30:48
and assuming that this could be very
30:49
tense and then there could be racism and
30:51
how much of it was about things you were
30:54
actually hearing whether this moment
30:57
yeah the thing is that there was no
30:59
assumption that there was a large group
31:00
there was a large group and there was
31:02
only four black men and so there there's
31:05
no assumption there the young man who
31:07
was standing in front of you has
31:08
identified himself in a statement as
31:10
nicht sanben and you know he said that
31:13
he was intimidated by these other
31:15
protestors so you've got a group of
31:18
schoolchildren some as young as age
31:20
seven waiting for a bus and first it's
31:24
oh they blocked the steps little footage
31:25
as the steps are blocked they're not
31:26
sitting steps they're sitting over on

31:28
the side next it's oh I felt scared
31:30
there were white people yeah you're so
31:32
damn racist oh now it's only for black
31:34
guys you mean the for black Israel's was
31:36
a whole group of people from that from
31:38
the women's March screaming and yelling
31:40
at him but there's a group of about
31:41
fifteen twenty thirty people you bled
31:42
over and then everybody's sitting there
31:45
jumping up and down on the footage it
31:48
firstly walks over with a drum they're
31:49
being really nice kids I'm really
31:52
surprised how nice these children were
31:54
but again this reason I spent so much
31:56
time on this is this is the anatomy of
31:59
fraud this is the anatomy of how the
32:01
left always are professional victims and
32:03
you hear this individual quote Native
32:06
American veteran Nathan Phillips talking
32:11
about how there were black people he had
32:12
to protect Oh a virtue signaler so the
32:15
way he protects them is running over to
32:17
the group trying to keep black babies

32:18
from being killed because they're
32:19
Christian and projecting onto them all
32:22
of their racism all their hate all their
32:25
ignorance all their stupidity and of
32:30
course now we learn little girls were
32:31
also harassed by these folks well yeah
32:35
because you've got a bunch of paid
32:37
provocateurs trying to get a riot going
32:40
there so they could say that this group
32:42
of Trump supporters did this the
32:45
corporate press is America's enemy and
32:47
it's waging war against the people and
32:49
it's moving us towards open civil war we
32:52
must stop this now we've now moved on
32:54
from the two-year fake Russia hoax the
32:57
witch hunt where it goes into an
33:00
inquisition and they started persecuting
33:01
everybody and overturning the 2016
33:04
election because we've been this
33:07
persecuted and this targeted it set up
33:09
as strong the entire fall of America the
33:13
take down the present
33:14
the public itself literally we are the

33:18
eye of the hurricane and are able to see
33:20
things and know things others don't
33:22
in fact I'm not scared of Ronald Muller
33:24
the third I'm not scared of all these
33:25
white shoe boy lawyers who want to be
33:27
tough guys okay I know I've been putting
33:29
this place by god there's your support
33:32
and prayers to now face this test I fear
33:35
for our children and the country in the
33:37
world
33:37
this spirit of freedom and the spirit of
33:41
bullying from the left of the deep state
33:43
of the rogue state and the globalist is
33:45
permeating this country this is
33:48
great of criminals and we will defeat
33:50
these terrorists
33:56
now Roger stones here with absolute
34:00
bombshell information concerning the
34:02
move to take down the president remember
34:04
Russia gate is that everybody knows it's
34:06
a frauds people ignore it
34:07
the left isn't the globalist aren't this
34:09
is their vehicle to install Nancy Pelosi

34:11
Hillary Clinton on record and we could
34:14
stop it together that's why if you're
34:16
listening a local radio or watching on
34:17
TV gotta tell folks everyday about it
34:19
you've got to take the live feed info
34:21
wars.com /o and the live article we do
34:25
every day for the show where we describe
34:27
what the show is about that day how the
34:29
whole claimed that this poor Native
34:32
American was surrounded by evil white
34:34
kids and and they're all terrorists and
34:38
their school needs to be blown up and
34:39
they need to be murdered this is what
34:41
Democrats are saying on Twitter and
34:42
Twitter is allowing it I know this
34:44
sounds insane we have articles on
34:45
enforce calm showing all this turns out
34:49
I said you know look into him being
34:51
professionally paid by Soros boom turns
34:55
out he goes on universities that starts
34:57
fights and tries to follow lawsuits all
34:59
over the country in the same group
35:03
that's funded by Soros and Facebook did

35:07
the same thing to me a few months ago
35:08
when I was in DC saying I harassed
35:10
Native American women they came over and
35:11
said eff you blew smoke in my face said
35:13
you're a monkey whites are subhuman
35:16
everything else
35:17
my mother's married to her brother I'm
35:20
an inbred honky and the news edited the
35:22
tape and I kept wondering I'm not that
35:25
slick I kept wondering again why she'd
35:30
say eff helium family white scum crowd
35:33
for vodka to me and then I would lean
35:35
back to I'm just a veteran a nice woman
35:37
why are you doing this because they were
35:39
getting the edits you have to understand
35:43
these people are pure deception it's who
35:49
they are now joining us is Roger stone
35:52
for this segment the next and then John
35:56
Irving is the guy that launched them or
35:59
helped launch the modern DMT operation
36:03
and he's a good guy he didn't understand
36:04
what's happening was being used by the
36:06
CIA he later learned who was doing it

36:08
and this isn't so much
36:09
let's say of Joe Rogan it's just
36:11
something I've got to do about the dmt
36:15
situation and about unfinished business
36:17
on things where I was so loyal to some
36:21
people that I just kind of blotted it
36:23
out of my head with what I saw right in
36:24
front of me and I talked to John Irving
36:26
and others just confirmed my worst fears
36:28
so that's all coming up for about an
36:32
hour and a half the broadcast starting
36:33
in about 25 minutes
36:34
he'll be joining us for a little bit
36:35
behind today but he's coming up we
36:36
appreciate him okay Roger stone the
36:40
obvious giant bombshells he can
36:41
encapsulate it in the seven minutes we
36:43
have in this segment we'll play the clip
36:44
Giuliani as well last night confirming
36:46
it that I have been a target as Michael
36:52
Caputo and others said the grand jury
36:53
and the questions and many other
36:55
witnesses you've talked to the media

36:56
tries to deny this because they don't
36:58
want to us have any support but the fact
37:00
that they're trying to prepare at the
37:01
end of the which shot to get you my dad
37:03
and myself shows how empty the Russia
37:06
collusion was and how crazy this is but
37:09
now of course he's backing off what the
37:11
Washington Post's others told us that he
37:13
was the source saying that we hired him
37:16
for hush money and that we paid out half
37:18
a year of his contract when I had to let
37:20
him go which I do for senior people
37:21
we've done that many times is that
37:24
that's hush money he says he never said
37:26
that so I want to believe Corsi is that
37:28
true or where is this coming from he's
37:30
now said won't say it's totally false he
37:32
says it's ridiculous and crazy and
37:34
defamatory I mean okay course he's so
37:37
you never told Muller this because we
37:39
know he said things about you previously
37:41
that we're not true what's happening
37:42
here Roger

37:43
yeah Alex I'm really getting tired of
37:45
Jerry courses you know George Washington
37:47
Act oh I will not tell a lie well in all
37:50
honesty unfortunately the good doctor
37:52
stole a number of lies
37:54
in fact he's starting to conflate his
37:56
lies so he now says that he wasn't
38:00
willing to say lies about the president
38:03
and that they told him that he would
38:05
repeat that he would receive probation
38:07
for some charge if he would testify
38:10
against Donald J Trump but they was sent
38:13
into prison for five years if he would
38:15
not but he was perfectly willing to lie
38:17
about me
38:18
fortunately I have the emails and the
38:20
text messages and the metadata to
38:23
demonstrate that everything he said is
38:24
alive no Jerry you never told me that
38:28
John Podesta is emails have been boosted
38:30
you you said on Tucker Carlson you told
38:33
everybody that you said on MSNBC you
38:36
told many people that I don't think you

38:37
told anybody that because you didn't
38:39
know it all right now you're saying that
38:41
I urge I told you ahead of the NBC tape
38:45
a release to tell Julian Assange to
38:49
release the Podesta's email so you're
38:50
conflating your two lies these are
38:52
massive falsehoods by Roger I was there
38:55
I was there with an FBI informant from
38:58
the beginning but now lying about Alex
39:00
Jones lying about Infowars
39:03
lying about dr. Jones who's one of the
39:05
nicest gentlest sweetest most honest men
39:08
I've ever met it's beyond the pale so
39:11
now he's pursing oh I lied about this
39:13
but I didn't lie about that
39:14
Jerry Corsi can no longer be believed
39:17
it's very sad what do you make of
39:20
Giuliani confirming because I guess they
39:23
have a joint defense agreement what do
39:26
you make of Giuliani again the chief
39:28
lawyer for Trump on the whole fake
39:29
Russia gate thing on CNN saying that
39:32
indeed they've given him a script to lie

39:34
about if he won't lie is going to prison
39:36
I mean that's confirming that they're
39:38
giving him the script and telling him
39:40
the lie because it's not just coming
39:41
from Corsi now it's coming from Giuliani
39:42
I believe that to be the case so in
39:45
other words let's walk through this they
39:47
told Cour see exactly what Giuliani said
39:50
if you lie about Donald Trump we'll give
39:51
you a pass if you don't lie about and
39:54
we're sending you to jail Jerry said
39:56
well what if I only lie about Roger
39:57
stone and Alex Jones what if I don't
39:59
implicate the president could we still
40:01
make a deal my guess is that model
40:03
rejected that deal the three things that
40:05
he has said in leaked portions of his
40:07
book about me are demonstrably false
40:09
that's the defamation god here's the bad
40:12
news Gary God's with me God is with Alex
40:15
God knows that you're bearing false
40:16
witness against us in violation of his
40:18
commandments so quit hiding behind God

40:20
in your phony baloney trumped up tweets
40:24
nobody's buying your crap I think you've
40:27
been deep state from the beginning your
40:29
whole birther thing
40:31
uses a club to destroy conservatives
40:33
isn't it ironic that MSNBC is happy to
40:36
have you on that CNN embraces you why
40:39
are all these deep state assets now
40:41
trying to make you a truth teller well
40:43
what I'm trying to do is take down Alex
40:45
Jones and Infowars
40:46
and yours truly so I look forward to our
40:48
confrontation
40:49
I will demolish you you're a fraud
40:52
stirrer out of your alcoholic haze you
40:54
have made up lies about David Jones and
40:57
Alex Jones and Roger stone and now I
40:59
suspect they want you to lie about the
41:01
president now two things have come
41:03
forward here that have not been
41:04
previously reported dr. Corsi has a
41:07
joint defense agreement with the
41:09
president that means Giuliani is privy

41:12
to those documents I believe the mayor
41:14
Giuliani is telling of the truth
41:16
secondarily Jerry Corsi met privately
41:18
with candidate Donald J Trump I was not
41:20
present I don't know what was discussed
41:23
so perhaps the special counsel has
41:25
suggested to Jerry that he makeup what
41:28
was discussed in that meeting just as
41:30
they suggested to him that he claimed
41:32
that he told me that John Podesta Z
41:34
mails had been stolen never said
41:36
anything of the kind no email no text
41:39
message no Quran moment whopper yes
41:42
let's go out the break will come back
41:44
with more but here's Giuliani on CNN
41:46
confirming well of course he's up - here
41:48
it is yeah and I'm sizing the following
41:51
do not think that just because he's
41:53
pleading guilty to something Michael
41:54
Cohen's telling the truth he's got every
41:57
reason to say what the prosecutor wants
41:59
him to say but for C you know offering
42:01
coercing a deal right now if he says

42:03
what they want him to say he gets
42:05
probation they're offering course he how
42:08
do you know this that they're offering
42:10
courses he's suing over okay I have the
42:12
documents I have the documents it was
42:14
leaked to me I have the documents that
42:16
they gave him a script if he reads from
42:18
the script no jail if he doesn't reach
42:21
for the script he gets maybe five years
42:23
and so you are what's the temptation to
42:26
read from the script if you are a guy
42:28
like Cohen who was a lawyer taping his
42:31
own client and lying to him about it
42:33
taping Chris Cuomo and lying to him
42:36
about it stealing money back when he was
42:39
fiercely loyal in this transaction that
42:42
was just uncovered he kept
42:44
$37,000 because you you guy is a
42:48
complete scoundrel I use your like
42:51
Michael
42:52
not only is Muller saying that is a true
42:54
in the buzz free report
42:56
who cares what Cohen says he's been

42:58
admitted lying over and over again all
43:00
the crimes he's involved in nothing with
43:01
Trump you can't listen to a convicted
43:04
lying scumbag person but the baby's like
43:07
Cohen says Trump sent him to lie it's
43:10
all over for Trump well they're right
43:11
back with Roger stone stay with us info
43:13
wars.com
43:13
news wars.com spread the live links
43:16
defeat the censors victory so of course
43:18
he is under Robert Muller the Third's
43:21
thumb the FBI mafias fixer man and yes
43:26
we know of course he even bragged about
43:27
it but then I ran two FBI agents and
43:29
others over the years including some
43:31
connected to folks at work here family
43:33
members that said Oh cor see ya know
43:35
he's worked for the FBI for 20 years you
43:37
know he's a great guy blahblah covert
43:39
stuff in Europe it's three or four the
43:40
State Department the guys have spooked
43:41
back and forth of different agencies and
43:43
and really from my understanding he used

43:46
that for business connections and things
43:47
he's written a bunch of best-selling
43:49
books he's super smart unless you catch
43:51
him when he can't walk literally and you
43:53
know just the idea that either Muller
43:55
came up with this or The Washington Post
43:57
made it up or of course he made it up
43:59
and there's different combinations of
44:00
those Roger stone you were wanting to
44:02
say something for we hit break about
44:04
Giuliani and then get to that gut level
44:05
you've been all inside this every angle
44:07
we've talked about it you think course
44:09
he made this up not Muller not to defend
44:11
Muller you just think this is like here
44:13
I'll throw you Alex Jones and Roger
44:15
stone I mean Glendon well when this
44:18
usually works of course Alex is that
44:20
after they've been in your emails your
44:22
text messages your phone calls for two
44:24
years they come up with these
44:26
constructed fabricated narratives then
44:29
they suggest the narrative to Jerry and

44:32
Jerry says oh yeah yeah that's how it
44:33
was exactly I'll say that to get off the
44:36
hook so you'll give a stone you'll give
44:38
us Joe and you'll give us David Jones
44:40
Oh Jerry there's one more thing we need
44:43
you to give us Donald J Trump now he
44:46
says oh I wasn't willing to do that well
44:48
what lie is it they wanted him to tell
44:50
about Trump or this fabrication that
44:53
Jerry knew about the WikiLeaks
44:56
disclosures well julian assange
44:59
announced that on CNN in June of 2016
45:01
not exactly a state secret the report he
45:04
repeated it on Fox in August of 2009
45:07
where you see this going where is the
45:09
Russia gate going supposed to be over by
45:11
February now there talk about six more
45:13
months it just never has well the deep
45:16
state is committed to removing this
45:18
president one way or another I'm deeply
45:20
disturbed by this tweet I saw today from
45:22
Donna Brazile you remember her in her
45:24
book she essentially admits that Sara

45:27
was murdered she's now saying speaker
45:29
Pelosi today president Pelosi tomorrow
45:33
now I'm enough of a student of history
45:35
and I wrote a book on the JFK
45:38
assassination the man who killed Kennedy
45:40
the case against LBJ that's how you and
45:43
I met because you read by book and you
45:45
liked it
45:46
and we met at the 50th anniversary of
45:48
the Kennedy assassination and we
45:50
realized we were kindred spirits it's
45:53
not incidental that the the cabinet most
45:57
of the congressional leadership managed
45:58
to be out of town out of the country
46:01
when they whacked John F Kennedy in the
46:03
streets of Dallas so polluted Pelosi and
46:06
93 others including her right-hand
46:08
henchmen the ever unbelievable and
46:12
fraudulent conman congressman Adam
46:14
Schiff were planning to be out of the
46:16
country exactly that's what Trump's got
46:18
to watch it you raised the specter
46:21
yesterday on the show and I already see

46:23
the trolls on Twitter saying Jones and
46:26
stoner crazy when they stalk
46:28
assassination no let's be realistic
46:30
there have been two attempted
46:32
assassinations of in modern times there
46:35
was an attempt to kill President Gerald
46:37
Ford there was an attempt to kill a
46:39
President Ronald Reagan there was there
46:43
were attempts on Trump during the
46:45
presidential campaign I have heard from
46:47
sources in the Secret Service that there
46:49
have been thwarted attempts to kill
46:51
Trump since he's been president it is
46:54
not outside the realm of possibility
46:56
it is not conspiracy theory it is not
46:58
crazy the deep state is perfectly
47:01
capable of this I pray every night for
47:05
the president's safety he's the own
47:07
boring this country to sanity at this
47:10
point and you know Mike Pence is a nice
47:14
enough fellow I'm sure he was a pretty
47:16
good governor but he is just as
47:18
committed to the status quo as Mitch

47:21
McConnell and and Paul Rock be clear the
47:24
only way they can do it in only thing to
47:27
an impeachment to remove them both so
47:28
Pelosi's and third line and gets in
47:30
there is to use the fake election Russia
47:33
gauge meddling canard and that is their
47:35
plan and as you said last week on the
47:38
show they're planning to take Trump out
47:39
and and Pence and put her in now Donna
47:41
Brazile has crawled out from under her
47:43
rock to say that indeed that's the plan
47:45
incredible Roger stone will touch again
47:47
very soon god bless you and Godspeed
47:48
thank you Alex they'll be back ladies
47:51
and gentlemen infowars.com news Wars
47:53
calm spread those links it's how he
47:55
crushed the enemy and thank you for
47:56
doing it John Irvin joins us coming up
47:58
in the next segment for about an hour
48:00
and 45 minutes or sub and he's the guy
48:03
that first took DMT with Joe Rogan he's
48:06
the guy that got Joe Rogan into
48:07
podcasting and it's part of my

48:09
behind-the-scenes investigation into who
48:11
Joe Rogan really is he is one of the
48:14
important places to start right here in
48:18
Austin Texas though is the mother lode
48:21
and I have been massively censored even
48:24
more about YouTube and little sister
48:25
talking about their star player their
48:27
modern Timothy Leary so this is very
48:29
very important information the country
48:31
in the world and how they're seducing
48:33
the young people of the planet and
48:34
that's why I'm gonna do this because Joe
48:37
has proven he's with the globalist now
48:39
he's proven he's with what they're doing
48:41
and he's completely gone over the dark
48:42
side and so fine that's good he's chosen
48:45
his side and we're going to expose it
48:48
but it's not just about job that is all
48:50
coming up now we exclusively learned
48:55
this on air last hour
48:57
there's no news covering it yet it turns
48:59
out the supposed Native American victim
49:02
with the young evil white people

49:04
surrounding him and threatening him
49:06
turns out he's a political operative and
49:08
activist that professionally goes around
49:11
to different campuses starting fights
49:14
and trying to get anyone dressing as a
49:17
Native American band so he's an anti
49:19
free-speech guy this has been the news
49:20
for years and turns out he came over
49:22
with a group of people saying they were
49:24
gonna kill attack the young people he
49:26
didn't do it he just led them over there
49:27
and then they turned it around but no
49:29
violence happened and said that they had
49:31
attacked the old man now people are
49:34
calling for the children to be murdered
49:36
as young as seven prominent Democrats
49:38
are calling for their homes to be docks
49:40
they have been docks to Kathy Griffin
49:41
and others and verified leftist calls
49:43
for mega kids to be fired on school
49:46
burned down and they're not removing
49:50
this off Twitter this is authorized
49:51
calling for their deaths so I'm sure

49:55
Paul Watson or one of the riders is
49:56
gonna get story out about this very soon
49:58
about Nathan Phillips because on air I
50:00
pointed out that they were funding women
50:02
to do this to me a few months ago when I
50:04
was in DC at my own hearings that I
50:07
wasn't allowed to be yet but they're
50:08
about me but they had women funded for
50:10
the cabin all hearings and they were
50:12
coming up cussing yelling calling me a
50:13
subhuman white monkey and then the news
50:16
edit it to say I attack them and and
50:19
it's always now this news doing it it's
50:23
always now this news doing it so beware
50:26
when somebody walks up and goes hey
50:27
subhuman white your mother's married to
50:29
your father you piece of trash
50:30
cave-dwelling monkey wife or scum get
50:34
out of this country you're like man go
50:36
really races eat and then she then cuts
50:38
aside because I'm a veteran I love
50:41
America why are you saying this I'm like
50:43
you just said my mother and my father

50:45
are brother and sister he just called me
50:47
subhuman she's like no I didn't and it's
50:50
because they were with now this setting
50:53
me up
50:53
I'd been on that street corner for 30
50:55
minutes they were inside they came out
50:58
we have the raw footage when
51:00
infowars.com show the true thing and
51:01
this is bigger than just these events
51:03
it's about the media thinks you're so
51:05
dumb they March a leftist funded
51:08
activist into a group of kids wearing
51:10
red white and blue at a pro-life March
51:13
most of them weren't even wearing mega
51:16
hats but they saw the red hats they go
51:19
over to start a fight and then the media
51:21
edits all of that out and says that they
51:23
surrounded the poor native and he goes
51:25
on NPR and says it's horrible what they
51:28
did to me they should get in trouble
51:30
grown men with clubs come over and say
51:32
we're gonna harden
51:33
your organs to seven-year-old kids we're

51:35
gonna Carol you it's like NPR's like oh
51:39
my god they're so sweet
51:41
the horrible white supremist attacked
51:44
everyone meanwhile when yon urban leaves
51:49
us we are going to get into Israel and
51:52
Iran are going to war that's why Trump's
51:54
really pulling us out as every time
51:56
Israel goes to war the u.s. pulls out of
51:58
the Middle East that's what's really
51:59
happening here we've also got absolute
52:03
evil taking place Google is going to ban
52:05
the terms family after employees argue
52:08
that it's homophobic for families to
52:10
exist
52:11
I'm not kidding that's the Daily Caller
52:12
here's another one Britain's first
52:15
transgender family reveals sun 5 is also
52:17
transitioning because the parents in my
52:20
view are abusing him and so the parents
52:24
think it's okay I guess to chop your
52:25
genitals off it's okay or whatever or
52:27
force drug you so they convince the
52:29
child you're a girl and then do this and

52:31
now they're movie stars so this this is
52:34
pure absolute total evil and all part of
52:37
the depopulation plan now before we get
52:40
into all of that let's have some
52:43
interesting time here Ruth Bader
52:46
Ginsburg has is a globalist anti-gun
52:49
anti-constitution monster but I don't
52:51
wish her any harm but she's been out for
52:54
weeks and the word is she could die any
52:55
time but we have real footage radio
52:58
listeners all described for you of her
53:00
at the hospital she's doing just fine
53:02
let's go and go to that footage
53:04
[Music]
53:10
[Music]