CLOSED,JURY,TRANSFER–OUT,TYPE–B

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:19–cv–00656–TJK

CORSI et al v. INFOWARS, LLC et al  
Assigned to: Judge Timothy J. Kelly  
Cause: 28:1332 Diversity–Libel,Assault,Slander

Date Filed: 03/07/2019  
Date Terminated: 03/11/2020  
Jury Demand: Plaintiff  
Nature of Suit: 320 Assault Libel & Slander  
Jurisdiction: Diversity

**Plaintiff**

**JEROME CORSI**  
*Dr., Individually*

represented by **Larry E. Klayman**  
KLAYMAN LAW GROUP, P.A.  
2020 Pennsylvania Avenue, NW  
Suite 800  
Washington, DC 20006  
(310) 595–0800  
Fax: (202) 379–9289  
Email: leklayman@gmail.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LARRY KLAYMAN**  
*Individually*

represented by **Larry E. Klayman**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**INFOWARS, LLC**

represented by **Jay Marshall Wolman**  
RANDAZZA LEGAL GROUP, PLLC  
100 Pearl Street  
14th Floor  
Hartford, CT 06103  
(702) 420–2001  
Fax: (305) 437–7662  
Email: jmw@randazza.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**  
RANDAZZA LEGAL GROUP  
2764 Lake Sahara Drive  
Suite 109  
Las Vegas, NV 89117  
702–420–2001  
Email: ecf@randazza.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**FREE SPEECH SYSTEMS, LLC**                     represented by  **Jay Marshall Wolman**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Marc J. Randazza**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**ALEX E. JONES**                                represented by  **Jay Marshall Wolman**
*Individually*                                                   (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Marc J. Randazza**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**DAVID JONES**                                  represented by  **David Scott Wachen**
*Individually*                                                   WACHEN LLC
                                                                 11605 Montague Court
                                                                 Potomac, MD 20854
                                                                 (240) 292–9121
                                                                 Fax: (301) 424–9095
                                                                 Email: david@wachenlaw.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jay Marshall Wolman**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Marc J. Randazza**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**OWEN SHROYER**                                 represented by  **Jay Marshall Wolman**
*Individually*                                                   (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Marc J. Randazza**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2019 | Ï 1 | COMPLAINT against All Defendants with Jury Demand ( Filing fee $ 400 receipt number 0090–5988722) filed by JEROME CORSI, LARRY KLAYMAN. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons)(Klayman, Larry) (Attachment 1 replaced on 3/8/2019) (zef, ). (Entered: 03/07/2019) |
| 03/08/2019 | Ï | Case Assigned to Judge Ellen S. Huvelle. (zef, ) (Entered: 03/08/2019) |
| 03/08/2019 | Ï 2 | SUMMONS (5) Issued Electronically as to FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX JONES, DAVID JONES, OWEN SHROYER. (Attachments: # 1 Notice and Consent)(zef, ) (Entered: 03/08/2019) |
| 04/04/2019 | Ï 3 | NOTICE of Appearance by Jay Marshall Wolman on behalf of FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, DAVID JONES, OWEN SHROYER (Wolman, Jay) (Entered: 04/04/2019) |
| 04/04/2019 | Ï 4 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by INFOWARS, LLC (Wolman, Jay) (Entered: 04/04/2019) |
| 04/04/2019 | Ï 5 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by FREE SPEECH SYSTEMS, LLC (Wolman, Jay) (Entered: 04/04/2019) |
| 04/05/2019 | Ï 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Marc J. Randazza, :Firm– Randazza Legal Group, :Address– 2764 Lake Sahara Drive Suite 109 Las Vegas, NV 89117. Phone No. – 7024202001. Fax No. – 3054377662 Filing fee $ 100, receipt number 0090–6043564. Fee Status: Fee Paid. by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, DAVID JONES, OWEN SHROYER (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Text of Proposed Order)(Wolman, Jay) (Entered: 04/05/2019) |
| 04/08/2019 | Ï 7 | MOTION to Dismiss by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, DAVID JONES, OWEN SHROYER (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Wolman, Jay) (Entered: 04/08/2019) |
| 04/22/2019 | Ï 8 | Consent MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss by JEROME CORSI, LARRY KLAYMAN (Klayman, Larry) (Entered: 04/22/2019) |
| 04/23/2019 | Ï | MINUTE ORDER granting 8 Motion for Extension of Time to File Response re 7 MOTION to Dismiss: It is hereby ORDERED that plaintiffs' motion for extension of time is GRANTED; and it is further ORDERED that plaintiffs' response to 7 Defendants' Motion to Dismiss Complaint is due by May 13, 2017. Signed by Judge Ellen S. Huvelle on April 23, 2019. (AG) (Entered: 04/23/2019) |
| 04/24/2019 | Ï 9 | NOTICE of Appearance by David Scott Wachen on behalf of DAVID JONES (Wachen, David) (Entered: 04/24/2019) |
| 05/13/2019 | Ï 10 | RESPONSE re 7 MOTION to Dismiss filed by JEROME CORSI, LARRY KLAYMAN. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Klayman, Larry) (Entered: 05/13/2019) |
| 05/20/2019 | Ï 11 | REPLY to opposition to motion re 7 MOTION to Dismiss filed by DAVID JONES. (Wachen, David) (Entered: 05/20/2019) |
| 05/20/2019 | Ï 12 | REPLY to opposition to motion re 7 MOTION to Dismiss filed by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, OWEN SHROYER. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Wolman, Jay) (Entered: 05/20/2019) |

| | | |
|---|---|---|
| 07/05/2019 | Ï | Case directly reassigned to Judge Carl J. Nichols. Judge Ellen S. Huvelle is no longer assigned to the case. (ztnr) (Entered: 07/05/2019) |
| 07/17/2019 | Ï | MINUTE ORDER. The Court having considered the Defendants' 6 Motion For Admission *Pro Hac Vice* of Marc J. Randazza, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Marc J. Randazza, 2764 Lake Sahara Drive, Suite 109, Las Vegas, Nevada 89117 is ADMITTED to practice before the Court *pro hac vice*. Signed by Judge Carl J. Nichols on July 17, 2019. (lccjn1) Modified text on 7/18/2019 (zcdw). (Entered: 07/17/2019) |
| 10/16/2019 | Ï 13 | MOTION for Status Conference by JEROME CORSI, LARRY KLAYMAN (Klayman, Larry) Modified on 10/18/2019 to correct docket event/text (jf). (Entered: 10/16/2019) |
| 10/18/2019 | Ï 14 | RESPONSE re 13 MOTION for Status Conference filed by DAVID JONES. (Wachen, David) (Entered: 10/18/2019) |
| 10/18/2019 | Ï 15 | Memorandum in opposition to re 13 MOTION for Status Conference filed by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, OWEN SHROYER. (Wolman, Jay) (Entered: 10/18/2019) |
| 10/23/2019 | Ï 16 | NOTICE OF SUPPLEMENTAL AUTHORITY by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, OWEN SHROYER (Attachments: # 1 Exhibit Exhibit A, Order Dismissing Claims of Larry Klayman Against Peter Santilli, # 2 Exhibit Exhibit B, Order Dismissing Claims of Larry Klayman Against Deborah Jordan)(Wolman, Jay) (Entered: 10/23/2019) |
| 10/25/2019 | Ï 17 | NOTICE OF SUPPLEMENTAL AUTHORITY by JEROME CORSI, LARRY KLAYMAN (Klayman, Larry) (Entered: 10/25/2019) |
| 10/25/2019 | Ï 18 | REPLY re 17 NOTICE OF SUPPLEMENTAL AUTHORITY filed by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, OWEN SHROYER. (Wolman, Jay) (Entered: 10/25/2019) |
| 10/28/2019 | Ï | MINUTE ORDER. Upon review of Plaintiffs' 13 Motion for Hearing, it is hereby ORDERED that the Motion is DENIED. The Court intends to rule on Defendants' 7 Motion to Dismiss based solely on the Parties' filings. Signed by Judge Carl J. Nichols on October 28, 2019. (lccjn2) (Entered: 10/28/2019) |
| 11/01/2019 | Ï 19 | RESPONSE re 17 NOTICE OF SUPPLEMENTAL AUTHORITY filed by DAVID JONES. (Wachen, David) Modified event title on 11/6/2019 (znmw). (Entered: 11/01/2019) |
| 02/19/2020 | Ï 20 | Case reassigned to Judge Timothy J. Kelly as there is an earlier related case. Judge Carl J. Nichols is no longer assigned to the case. (rj) (Entered: 02/19/2020) |
| 03/10/2020 | Ï 21 | MEMORANDUM OPINION AND ORDER granting in part Defendants' 7 Motion to Dismiss and transferring case. See Opinion and Order for details. Signed by Judge Timothy J. Kelly on 3/10/2020. (lctjk3) (Entered: 03/10/2020) |
| 03/11/2020 | Ï | Set/Reset Deadlines: Transfer due by 3/20/2020. (zkh) (Entered: 03/11/2020) |
| 03/20/2020 | Ï | Case transferred to the USDC for the Western District of Texas, pursuant to the Court Order entered 3/10/2020. Sent to Court via extraction. (ztth); Modified text on 3/20/2020 (ztth). (Entered: 03/20/2020) |