IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CORSI ET AL | § | |
| | § | |
| v. | § | CIVIL CASE NO: 1:20-CV-298-LY |
| | § | |
| INFOWARS, LLC ET AL | § | |

ORDER

This case was Transferred to this court on March 20, 2020 from the District of Columbia, Washington DC Division. Prior to transfer, attorney Larry E. Klayman had made an appearance in the case as counsel for Corsi et al. Larry E. Klayman is not admitted to practice in this court. Local Court Rule AT-1(f)(1) states: "An Attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding."

ACCORDINGLY, Larry E. Klayman is **ORDERED** to file a Motion to Appear Pro Hac Vice not later than 14 days from the date of this order. A copy of a form motion can be found on the court's website at https://www.txwd.uscourts.gov/for-attorneys/pro-hac-vice/ . Failure to file the motion timely could result in counsel being stricken from the docket, after which time counsel will not receive order from the court or any pleadings filed.

SIGNED this ___20th___ day of March, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CORSI ET AL | § | |
| | § | |
| v. | § | CIVIL CASE NO: 1:20-CV-298-LY |
| | § | |
| INFOWARS, LLC ET AL | § | |

ORDER

This case was Transferred to this court on March 20, 2020 from the District of Columbia, Washington DC Division. Prior to transfer, Marc J. Randazza had made an appearance in the case as counsel for Infowars, LLC et al. Marc J. Randazza is not admitted to practice in this court. Local Court Rule AT-1(f)(1) states: "An Attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding."

ACCORDINGLY, Marc J. Randazza is **ORDERED** to file a Motion to Appear Pro Hac Vice not later than 14 days from the date of this order. A copy of a form motion can be found on the court's website at https://www.txwd.uscourts.gov/for-attorneys/pro-hac-vice/ . Failure to file the motion timely could result in counsel being stricken from the docket, after which time counsel will not receive order from the court or any pleadings filed.

SIGNED this ___20th____ day of March, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CORSI ET AL | § | |
| | § | |
| v. | § | CIVIL CASE NO: 1:20-CV-298-LY |
| | § | |
| INFOWARS, LLC ET AL | § | |

## ORDER

This case was Transferred to this court on March 20, 2020 from the District of Columbia, Washington DC Division. Prior to transfer, David Scott Wachen had made an appearance in the case as counsel for David Jones. David Scott Wachen is not admitted to practice in this court. Local Court Rule AT-1(f)(1) states: "An Attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding."

ACCORDINGLY, Davis Scott Wachen is **ORDERED** to file a Motion to Appear Pro Hac Vice not later than 14 days from the date of this order. A copy of a form motion can be found on the court's website at https://www.txwd.uscourts.gov/for-attorneys/pro-hac-vice/ . Failure to file the motion timely could result in counsel being stricken from the docket, after which time counsel will not receive order from the court or any pleadings filed.

SIGNED this ___20th____ day of March, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CORSI ET AL | § | |
| | § | |
| v. | § | CIVIL CASE NO: 1:20-CV-298-LY |
| | § | |
| INFOWARS, LLC ET AL | § | |

## ORDER

This case was Transferred to this court on March 20, 2020 from the District of Columbia, Washington DC Division. Prior to transfer, Jay Marshall Wolman had made an appearance in the case as counsel for Infowars, LLC et al. Jay Marshall Wolman is not admitted to practice in this court. Local Court Rule AT-1(f)(1) states: "An Attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding."

ACCORDINGLY, Jay Marshall Wolman is **ORDERED** to file a Motion to Appear Pro Hac Vice not later than 14 days from the date of this order. A copy of a form motion can be found on the court's website at https://www.txwd.uscourts.gov/for-attorneys/pro-hac-vice/ . Failure to file the motion timely could result in counsel being stricken from the docket, after which time counsel will not receive order from the court or any pleadings filed.

SIGNED this ___20th____ day of March, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE