# Jay M. Wolman

Federal Court Admissions

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| Supreme Court of the United States | 06/20/2005 | Yes |
| U.S. Court of Appeals for the First Circuit | 05/04/2009 | Yes |
| U.S. Court of Appeals for the Second Circuit | 11/14/2012 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | 02/11/2019 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 10/04/2018 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | 10/16/2017 | Yes |
| U.S. Court of Appeals for the Eleventh Circuit | 08/09/2018 | Yes |
| U.S. Court of Appeals for the District of Columbia Circuit | 07/31/2019 | Yes |
| U.S. District Court for the District of Connecticut | 01/14/2013 | Yes |
| U.S. District Court for the District of Massachusetts | 11/16/2006 | Yes |
| U.S. District Court for the District of Columbia | 11/03/2003 | Yes |
| U.S. District Court for the Eastern District of New York | 01/08/2016 | Yes |
| U.S. District Court for the Southern District of New York | 01/08/2016 | Yes |
| U.S. District Court for the Western District of New York | 04/19/2017 | Yes |

State Bar Admissions

| State | Bar No. | Date of Admission | Good Standing |
|---|---|---|---|
| State of Connecticut (motion) | 433791 | 09/28/2012 | Yes |
| Commonwealth of Massachusetts (motion) | 666053 | 07/17/2006 | Yes |
| State of New York (examination) | 3907052 | 03/28/2001 | Yes |
| District of Columbia (motion) | 473756 | 09/14/2001 | Yes |