# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| JEROME CORSI and LARRY KLAYMAN, | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO.1:20-CV-00298-LY |
| INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES, and OWEN SHROYER, | § § § § § | |
| Defendants. | § § | |

# ORDER

BE IT REMEMBERED on this the _____ day of May, 2020, there was presented to the Court Defendant David Jones's Status Report and Request for Status Conference, and filings by the other parties. The Court, having reviewed the parties' filings, held a status conference on May ___, 2020, and enters the following order:

IT IS ORDERED that Plaintiffs' shall, by May ___, 2020, show cause why David Jones should not be dismissed from this action at this time and why continued inclusion of David Jones as a Defendant in this action does not violate Rule 11(b). Defendant David Jones may file a response within seven (7) days of Plaintiffs' filing. Plaintiffs' failure to submit a filing by that deadline will result in the immediate dismissal of Defendant David Jones from this action.

IT IS FURTHER ORDERED that the Court will now consider Defendants' previously filed Motion to Dismiss, pursuant to Rule 12(b)(6), which has already been fully briefed and is ripe for

adjudication.

SIGNED this the _____ day of May, 2020.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE