# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**DR. JEROME CORSI** and **LARRY KLAYMAN**,

Plaintiffs,

vs.

**INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES,** and **OWEN SHROYER**,

Defendants.

CIVIL ACTION NO. 1:20-CV-00298-LY

**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC STATUS CONFERENCE**

BE IT REMEMBERED on this the _____ day of _____, 2020, there was presented to the Court a Request for Telephonic Status Conference, and filings by the other parties. The Court, having reviewed the parties' filings, enters the following order:

IT IS ORDERED that a telephonic status conference in this matter shall be held on _____.

SIGNED this the _____ day of _____, 2020.

---
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE