FILED

2020 MAY 14  PM 4:08

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DR. JEROME CORSI and
LARRY KLAYMAN,

    Plaintiffs,

vs.

INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES, and OWEN SHROYER,

    Defendants.

CIVIL ACTION NO. 1:20-CV-00298-LY

ORDER GRANTING REQUEST FOR TELEPHONIC STATUS CONFERENCE

BE IT REMEMBERED on this the 14th day of May, 2020, there was presented to the Court a Request for Telephonic Status Conference, and filings by the other parties. The Court, having reviewed the parties' filings, enters the following order:

IT IS ORDERED that a telephonic status conference in this matter shall be held on May 21, 2020, at 9:30 a.m. CDT. The parties shall provide the court with telephone numbers where they may be reached at that time no later than 12:00 noon CDT May 20, 2020.

SIGNED this the 14th day of May, 2020.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE