IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEROME CORSI, *individually,* and LARRY KLAYMAN, *individually* | § § § | |
| *Plaintiffs* | § § | Case No. 1:20-CV-00298-LY |
| VS. | § § | |
| INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, *individually,* DAVID JONES, *individually,* and OWEN SHROYER, *individually,* | § § § § § § | |
| *Defendants* | § | |

## <u>ORDER SETTING INITIAL PRETRIAL CONFERENCE</u>

IT IS HEREBY ORDERED that the above entitled and numbered case is set for an

INITIAL PRETRIAL CONFERENCE by telephone on **Friday, July 17, 2020 at 10:00 AM**

**CDT.** The parties shall provide the court with their call-in telephone numbers **on or before**

**12:00 PM CDT, on Thursday, July 16, 2020**.

The parties' proposed scheduling order is tentatively approved and the parties shall

comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the

initial pretrial conference.

At the initial pretrial conference, the Court will schedule a final pretrial conference and

set a trial month.

SIGNED this 22nd day of June, 2020.

_____

LEE YEAKEL
UNITED STATES DISTRICT JUDGE