**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

Jerome Corsi, et al

        Plaintiffs

      v.

Infowars, LLC et al

        Defendants.

**Case Number:   1:20-cv-298-LY**

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff DR. JEROME CORSI ("Dr. Corsi") hereby move for an extension of time, until and including September 30, 2020 to file responses to Defendants' motions pertaining to the Amended Complaint filed July 29, 2020. The requested extension would pertain to docket numbers 55-59.

The undersigned counsel for Dr. Corsi, Sanjay Biswas, Esq., has a very heavy litigation schedule during this time and therefore requires this extension of time to ensure that his client's interests are best protected. With regard to the unnecessary response filed by Mr. Randazza, ECF No. 63, there is no prohibition on counsel collaborating as co-Plaintiffs. Ms. Biswas represents Dr. Corsi not Larry Klayman, who is pro se. Contrary to  Mr. Randazza's assertions, the motion for extension of time, ECF No. 61, and proposed order, ECF No. 62, clearly states that it pertains only to Larry Klayman, and not Dr. Corsi. Mr. Randazza's filing is therefore provocative and filed for tactical reasons.

Counsel for Defendants apparently consented to the requested extension of time, as Plaintiff Corsi did reciprocally when Defendants requested one, which was granted.

Dated: September 9, 2020                         Respectfully Submitted,

*/s/Sanjay Biswas*     
SANJAY BISWAS, Esq.
#24061235—Texas
#24966--Louisiana
11720 Duxbury Dr.
Frisco, Texas 75035
Telephone: (972)-866-5879
Email:sanjaybiswas41@gmail.com
Fax: 1-800-506-6804

*Counsel for Dr. Jerome Corsi*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September, 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ Sanjay Biswas