FILED

2020 SEP 11 PM 2:57

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

DR. JEROME CORSI, et al

Plaintiffs

v.

INFOWARS, LLC, et al

Defendants.

Case Number:   1:20-cv-298-LY

### ORDER GRANTING LARRY KLAYMAN'S CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff LARRY KLAYMAN's motion for extension of time is hereby GRANTED. The deadline to file responses to Defendants' motions pertaining to the Amended Complaint filed July 29, 2020, Dkt. Numbers 55-59, is extended to September 30, 2020.

Dated: September 11, 2020.

_____

1