EXHIBIT 2- TWEETS AND RETWEETS FROM CORSI



EXHIBIT 2- TWEETS AND RETWEETS FROM CORSI



EXHIBIT 2- TWEETS AND RETWEETS FROM CORSI



EXHIBIT 2- TWEETS AND RETWEETS FROM CORSI



EXHIBIT 2- TWEETS AND RETWEETS FROM CORSI



EXHIBIT 2- TWEETS AND RETWEETS FROM CORSI



EXHIBIT 2- TWEETS AND RETWEETS FROM CORSI


**Jerome R. Corsi, Ph.D.** ★★★
51.8K Tweets
Following


**Jerome R. Corsi, Ph.D.** ★★★ @jerome_corsi · Feb 13
How Is this Fair? Social Media Posts Prove Judge Amy Berman Jackson Rigged Roger Stone Trial with Far Left Loons and Activists
thegatewaypundit.com/2020/02/how-is... via @gatewaypundit



How Is this Fair? Social Media Posts Prove Judge Amy Berman Jackson R...
Corrupt Obama-appointed Judge Amy Berman Jackson last week denied Roger Stone's sealed motion for a new trial. As reported earlier by ...
🔗 thegatewaypundit.com

💬 90      963     ♡ 1K     ↑


**Jerome R. Corsi, Ph.D.** ★★★ @jerome_corsi · Feb 13
Unfortunately, A Corrupt Group of Politically Focused DOJ Lawyers Isn't The Only Issue - How About the 40 FBI Working for Mueller?
theconservativetreehouse.com/2020/02/12/unf... @GenFlynn @SidneyPowell1 @realDonaldTrump #KAG #KAG2020 Knew from the start that "Russian Collusion" was a hoax. JUSTICE NOW


Unfortunately, A Corrupt Group of Politically Focused...
Four of Robert Mueller's special counsel prosecutors strategically and purposefully resigned their position...
🔗 theconservativetreehouse.com

💬 2     ↻ 57     ♡ 74     ↑

EXHIBIT 2- TWEETS AND RETWEETS FROM CORSI



EXHIBIT 2- TWEETS AND RETWEETS FROM CORSI

