IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 OCT 29  PM 2: 36

CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____
DEPUTY

JEROME CORSI AND LARRY
KLAYMAN,
                PLAINTIFFS,

V.

INFOWARS, LLC; FREE SPEECH
SYSTEMS, LLC; ALEX E. JONES;
DAVID JONES; OWEN SHROYER;
AND ROGER STONE,
                DEFENDANTS.

§
§
§
§
§
§
§
§
§
§
§
§

CAUSE NO. 1:20-CV-298-LY

## ORDER

**IT IS ORDERED** that all pending and future nondispositive motions in this case are

**REFERRED** to United States Magistrate Andrew Austin for resolution.  *See* 28 U.S.C. §

636(b)(1)(A); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. App. C, R. 1(c).

**IT IS FURTHER ORDERED** that all pending and future dispositive motions are

**REFERRED** to United States Magistrate Judge Andrew Austin for Report and Recommendation.

*See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. App. C, R. 1(d).

SIGNED this _29th_ day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE