UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DR. JEROME CORSI** and **LARRY KLAYMAN**, | § § § § | CIVIL ACTION NO. 1:20-CV-00298-LY |
| Plaintiffs, | § § | |
| vs. | § § | |
| **INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES, OWEN SHROYER**, and **ROGER STONE** | § § § § § | |
| Defendants. | § | |

**PLAINTIFFS' JOINT DESIGNATION OF WITNESSES, EXPERTS, AND EXHIBITS**

Plaintiffs Larry Klayman and Jerome Corsi ("Plaintiffs") hereby designate their potential witnesses, testifying experts, and proposed exhibits as follows:

**I.   POTENTIAL WITNESSES**

1. Larry Klayman

2. Jerome Corsi

3. Roger Stone

4. Alex Jones

5. Owen Shroyer

6. David Jones

7. Thomas Fitton

8. Randy Credico

9. Victims of the Sandy Hook massacre who were defamed by Alex Jones and the Infowars Defendants

1

10. Mark Randazza, Esq.

11. Robert Buschel, Esq.

12. Christopher Ruddy

13. John Cardillo

14. John Bachman

15. Mark Cernovich

16. Kelly Morales

17. Cassandra Fairbanks

18. Robert Mueller

19. Andrew Weismann

20. Aaron Zalinsky

21. Jeannie Rhee

22. Hon. Amy Berman Jackson

23. Tucker Carlson

24. Chuck Ross of The Daily Caller

25. Michael Caputo

26. Margaret Kuntsler

27. Dennis Montgomery

28. Sandy Cobas

29. Dianne Thorne

30. Joel Gilbert

31. Scott Reed

32. Bob Barr

33. Alan Keyes

34. Hon. Royce Lamberth and Hon. Stanley Sporkin

35. Sheriff Joe Arpaio

36. Charles Strange

37. Joseph Farah

38. Witnesses attesting to Dr. Corsi's affected health and good will and reputation caused by Defendants

39. Persons who have heard and watched the defamatory statements, which will be uncovered as discovery progresses, notwithstanding Defendants' obstructionist tactics.

40. Any witnesses identified by any party or third party in discovery

41. Any witnesses identified in the Amended Complaint

42. All documents and witnesses put forth by Defendants in their disclosure today.

Plaintiffs reserve the right to supplement this list. Discovery is also underway which will uncover more information and documentary evidence.

## II.   TESTIFYING EXPERTS

Plaintiffs designate no testifying experts at this time, but reserve the right to supplement this designation upon discovery.

## III.   POTENTIAL EXHIBITS

1. The defamatory videos and documents identified and referenced in the Amended Complaint

2. Deposition transcript of Thomas Fitton

3. Infowars, LLC's corporate documents

4. Free Speech Systems, LLC's corporate documents

5. Contract between Dr. Corsi and Infowars.

6. Roger Stone's indictment, jury verdict, and judgment

7. Documents showing Infowars' commercial sales of goods, services and other commercial activities

8. Articles regarding Pizzagate, including but not limited to:

    https://www.rollingstone.com/feature/anatomy-of-a-fake-news-scandal-125877/

9. Articles on Roger Stone admitting to spreading lies on Infowars and settling lawsuits, including but not limited to: https://theweek.com/speedreads/813286/roger-stone-settles-lawsuit-admits-spreading-lies-infowars

10. Articles evidencing that Roger Stone is still working with the Infowars Defendants, including but not limited to: https://www.infowars.com/posts/roger-stone-reveals-trumps-path-to-victory/ and that Stone has a radio show.

11. Affidavits of Larry Klayman and Jerome Corsi and Kelly Morales.

12. Book jackets for books authored by Larry Klayman including Whores: Why and How I Came to Fight the Establishment and It Takes a Revolution: Forget the Scandal Industry!

13. Deposition transcript of Roger Stone taken by Mr. Klayman (CASE NO. 19-011394)

14. New York Times Bestseller lists

15. Any documents identified by any party or third party in discovery.

16. Any documents identified in the Amended Complaint

Insert exhibits identified by the Defendants

Plaintiffs reserve the right to supplement this list. And discovery is underway despite Defendants efforts to obstruct it. Motions to compel will be soon filed, as Plaintiffs have served discovery and Defendants have brazenly stonewalled Plaintiffs' requests. In sum, Plaintiffs reserve the right to amend.

Dated: December 1, 2020                    Respectfully Submitted,

*/s/Sanjay Biswas*
SANJAY BISWAS, Esq.
#24061235—Texas
#24966--Louisiana
11720 Duxbury Dr.
Frisco, Texas 75035
Telephone: (972)-866-5879
Email:sanjaybiswas41@gmail.com
Fax: 1-800-506-6804

*Counsel for Dr. Jerome Corsi*

*/s/Larry Klayman*
Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton FL, 33433
Email:leklayman@gmail.com
Fax: 561-558-5336

*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

*/s/ Sanjay Biswas*

7