**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DR. JEROME CORSI, et al** | § | |
| | § | |
| **V.** | § | **1-20-CV-298-LY** |
| | § | |
| **INFOWARS, LLC, et al.** | § | |

## ORDER

Before the Court are Defendant Roger Stone's Motion to Stay Discovery, Quash Plaintiffs'
Deposition Notices, and for Protective Order (Dkt. No. 93), Defendant Free Speech Systems, LLC's
Opposed Motion for Protective Order (Dkt. No. 94), and Defendant David Jones' Motion to Stay
Discovery and for Protective Order (Dkt. No. 95). The District Court referred the above motions to
the undersigned for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), FED. R. CIV. P. 72, and Rule 1(c)
of Appendix C of the Local Rules.

Having considered the motions, the Court hereby **GRANTS** the motions in part and
**QUASHES** the depositions set for February 24, 25, and 26 (Dkt. Nos. 93, 94, 95). The Court
**ORDERS** the parties to appear on **Tuesday, March 23, 2021, at 3:00 p.m.** for a hearing on the
motions to stay discovery in this case. The Court **FURTHER ORDERS** that no further discovery
shall take place in this matter until the hearing on March 23, 2021.

SIGNED this 23rd day of February, 2021.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

2