# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **DR. JEROME CORSI** and **LARRY KLAYMAN**, <br><br> Plaintiffs, <br><br> vs. <br><br> **INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES,** and **OWEN SHROYER**, <br><br> Defendants. | Civil Action No. 1:20-cv-00298-LY |

## OPPOSITION TO PLAINTIFFS' MOTION TO HAVE PRESIDING JUDGE DECIDE OUTSTANDING MOTIONS TO DISMISS

There is no reason for Plaintiffs' motion.  The Court referred the motions to Magistrate Judge Austin for a Report and Recommendation.  Judge Austin is nearing his self-imposed deadline to issue it.  After that, any dissatisfied party may file an objection.  The Court will then conduct a de novo review.  See Fed. R. Civ. P. 72(b).  In essence, what Plaintiffs are asking for will already happen--the Court will decide the outstanding motions to dismiss.

Plaintiffs' slander of Judge Austin is unreasonable.  He did not "prejudge" anything--he reviewed the pending dispositive motions and determined they have a strong likelihood of success.  That is not prejudging--that is judging.  This reasonable determination by Judge Austin is consistent with the decisions of multiple judges who have been confronted with Plaintiffs' claims in their never-ending campaign of defamation litigation.

Plaintiffs pre-emptively lodged their objection to his oral ruling in ECF No. 99 (in essence, a motion for reconsideration), which Judge Austin addressed in his written order.  Now Plaintiffs essentially seek to recuse Judge Austin, without actually calling it a motion to recuse.  Plaintiffs have

filed the same claims against the same defendants three times, with two dismissals.  Plaintiffs' motion should be denied and at long last, this case should be dismissed.


Dated: April 15, 2021

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (*pro hac vice*)
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Bradley J. Reeves (TX Bar No. 24068266)
REEVES LAW, PLLC
702 Rio Grande Street, Suite 306
Austin, TX 78701
Telephone: 512-827-2246
brad@brtx.law

Attorneys for Defendants
Infowars, LLC; Free Speech Systems, LLC;
Alex E. Jones; and Owen Shroyer

RANDAZZA · LEGAL GROUP

Civil Action No. 1:20-cv-00298-LY

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above document was filed and served upon all parties of record on April 15, 2021 by CM/ECF, the court's electronic filing system.

/s/ Marc J. Randazza
Marc J. Randazza