IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEROME CORSI AND LARRY KLAYMAN | § § § § | |
| PLAINTIFFS, | § | |
| V. | § | CAUSE NO. 1:20-CV-298-LY |
| | § | |
| INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES, OWEN SHROYER, AND ROGER STONE, | § § § § § | |
| DEFENDANTS. | § | |

## **FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On this date, the court rendered an order granting Defendants Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, David Jones, Owen Shroyer, and Roger Stone's motions to dismiss and dismissing Plaintiffs Jerome Corsi and Larry Klayman's claims with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, David Jones, Owen Shroyer, and Roger Stone are awarded costs of court.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this 25th day of June, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE