IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DR. JEROME CORSI, et al<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>INFOWARS, LLC, et al<br><br>　　　　　Defendants. | Case Number:   1:20-cv-298-LY |

### PLAINTIFFS JEROME CORSI'S AND LARRY KLAYMAN'S REQUEST FOR HEARING

Plaintiffs Jerome Corsi and Larry Klayman ("Plaintiffs") hereby respectfully request that the Court set and expedited hearing on their Motion for Reconsideration and Reply to the Infowars Defendants' Response to Objections to Report and Recommendation of Magistrate Andrew W. Austin, ECF No. 124, given the constitutional and other rights at issue and the ongoing harm to Plaintiffs as a result of the defamation and the illegal actions of the Defendants

Dated: July 8, 2021                                             Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Sanjay Biswas
　　　　　　　　　　　　　　　　　　　　　　　　　　SANJAY BISWAS, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　#24061235—Texas
　　　　　　　　　　　　　　　　　　　　　　　　　　#24966--Louisiana
　　　　　　　　　　　　　　　　　　　　　　　　　　11720 Duxbury Dr.
　　　　　　　　　　　　　　　　　　　　　　　　　　Frisco, Texas 75035
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (972)-866-5879
　　　　　　　　　　　　　　　　　　　　　　　　　　Email:sanjaybiswas41@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 1-800-506-6804

　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Dr. Jerome Corsi*

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Larry Klayman
　　　　　　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　7050 W. Palmetto Park Rd
　　　　　　　　　　　　　　　　　　　　　　　　　　Boca Raton FL, 33433
　　　　　　　　　　　　　　　　　　　　　　　　　　Email:leklayman@gmail.com

Tel: 561-558-5336

*Plaintiff Pro Se*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 8, 2021, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

*/s/ Sanjay Biswas*