## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JEROME CORSI, et al<br>*Plaintiff*,<br><br>v.<br><br>INFOWARS LLC, et al<br>*Defendants* | Civil Action No.  1:20-cv-298-LY |

## PLAINTIFFS' RENEWED REQUEST FOR EXPEDITIOUS HEARING

Plaintiffs Larry Klayman and Dr. Jerome Corsi hereby respectfully renew their request for a hearing in this matter, as currently pending before the Court is Plaintiffs' Motion for Leave to File Second Amended Complaint. Plaintiffs respectfully request that a hearing be held immediately, as their right to appeal the denial of the Court's order of dismissal and subsequent denial of Plaintiffs' Motion for Reconsideration will run on October 18, 2021. The matter of Plaintiffs' Motion for Leave to File Second Amended Complaint must be resolved before then.

A hearing is necessary in the interests of due process and justice, as Plaintiffs have repeatedly asked for one, and have not been granted one by this honorable Court.

Dated: September 30, 2021                                                          Respectfully Submitted,

/s/*Sanjay Biswas*
SANJAY BISWAS, Esq.
#24061235—Texas
#24966--Louisiana
11720 Duxbury Dr.
Frisco, Texas 75035
Telephone: (972)-866-5879
Email:sanjaybiswas41@gmail.com
Fax: 1-800-506-6804

*Counsel for Dr. Jerome Corsi*

/s/*Larry Klayman*

2

> Larry Klayman, Esq.
> 7050 W. Palmetto Park Rd
> Boca Raton FL, 33433
> Email:leklayman@gmail.com
> Tel: 561-558-5336
>
> *Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2021 a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

> /s/ Sanjay Biswas