# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JEROME CORSI, et al<br>*Plaintiff*,<br><br>v.<br><br>INFOWARS LLC, et al<br>*Defendants* | Civil Action No. 1:20-cv-298-LY |

## NOTICE OF APPEAL

Plaintiffs Jerome Corsi and Larry Klayman hereby appeal to the U.S. Court of Appeals for the Fifth Circuit this Court's June 25, 2021 order Adopting Report and Recommendation of the United States Magistrate Judge, ECF No. 122, September 16, 2021 Order Denying Plaintiffs' Motion for Reconsideration, ECF No. 155, October 12, 2021 Order Denying Motion to Stay and Motion for Leave to File Second Amended Complaint, ECF No. 162, Final Judgment, ECF No. 123, and all other rulings and orders adverse to Plaintiffs in this matter.

Dated: October 12, 2021

Respectfully Submitted,

/s/Sanjay Biswas
SANJAY BISWAS, Esq.
#24061235—Texas
#24966--Louisiana
11720 Duxbury Dr.
Frisco, Texas 75035
Telephone: (972)-866-5879
Email:sanjaybiswas41@gmail.com
Fax: 1-800-506-6804

*Counsel for Dr. Jerome Corsi*

/s/Larry Klayman
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton FL, 33433
Email:leklayman@gmail.com

Tel: 561-558-5336

*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2021, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

*/s/ Sanjay Biswas*