Blaze Media / News

# Alex Jones found liable in fourth defamation case brought by Sandy Hook victims' families

**CHRIS PANDOLFO** | November 15, 2021

Sergio Flores/Getty Images

We use cookies to better understand website visitors, for advertising, and to offer you a better experience. For our use of cookies, our collection, use, and disclosure of personal information generally, and any rights you may or opt out of the sale of your personal information, please view our **Privacy Policy**.

Learn

-25%

$89.63    $4

A Connecticut judge has ruled Infowars host Alex Jones liable for damages in a defamation lawsuit brought by the parents of children killed in the Sandy Hook Elementary School massacre over Jones' claims that the shooting was a false flag operation.

According to the New York Times and the Associated Press, Judge Barbara Bellis on Monday entered a default judgment against Jones because he refused to follow court orders to turn over documents, including his financial records. Because of Jones' "failure to produce critical material information that the plaintiffs needed to prove their claims," he was found liable and will be forced to pay a fortune in damages to the parents.

Recommended Videos                                   Powered by AnyClip

Ad                                                    Learn More



READ MORE

Around the Web                                        Ads by Revcontent

Trending              Trending              Trending

20 Hair Shapes That   Incredible Miniature  Woman Refuses to Tip

We use cookies to better understand website visitors, for advertising, and to offer you a better experience. For more details about our use of cookies, our collection, use, and disclosure of personal information generally, and any rights you may have to access or opt out of the sale of your personal information, please view our **Privacy Policy**.

Learn more