UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DR. JEROME CORSI** and **LARRY KLAYMAN**,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES,** and **OWEN SHROYER**,<br><br>　　　　Defendants. | Civil Action No. 1:20-cv-00298-LY |

## NOTICE OF BANKRUPTCY

NOTICE IS HEREBY GIVEN that Defendant InfoW, LLC, f/k/a Infowars, LLC, filed a petition for relief under Chapter 11 of the United States Code on April 17, 2022, in the United States Bankruptcy Court for the Southern District of Texas (Victoria), Case Number 22-60020.

Dated: April 18, 2022

Respectfully submitted,

/s/Jay M. Wolman
Marc J. Randazza (*pro hac vice*)
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

- 2 –

Bradley J. Reeves (TX Bar No. 24068266)
REEVES LAW, PLLC
702 Rio Grande Street, Suite 306
Austin, TX 78701
Telephone: 512-827-2246
brad@brtx.law

Attorneys for Defendants
InfoW, LLC, f/k/a Infowars, LLC; Free Speech Systems, LLC; Alex E. Jones; and Owen Shroyer

RANDAZZA · LEGAL GROUP

Civil Action No. 1:20-cv-00298-LY

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was filed and served upon all parties of record on April 18, 2022, by CM/ECF, the court's electronic filing system.

/s/ Jay M. Wolman
Jay M. Wolman