AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas-Austin

| Corsi | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:20-cv-00298 |
| Infowars | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Infowars LLC, Free Speech Systems LLC, Alex Jones, and Owen Shroyer.

Date:    06.02.2022

s/F. Andino Reynal
*Attorney's signature*

F. Andino Reynal (Texas Bar No. 24080462)
*Printed name and bar number*

Reynal Law Firm
917 Franklin street, Sixth Floor
Houston, Texas 77002
*Address*

areynal@frlaw.us
*E-mail address*

713.228.5900
*Telephone number*

713.820.6981
*FAX number*