IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

§
§
§
§

## GENERAL ORDER

In accordance with the Amended Order Assigning the Business of the Court issued by Chief United States District Judge Judge Alia Moses on May 1, 2023, **IT IS ORDERED** that all pending criminal and civil cases currently assigned to the docket of former United States District Judge Lee Yeakel be transferred to Docket II in the Austin Division.

**SIGNED** on May 4, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE